**DISMISS and Opinion Filed May 28, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-00-01405-CV

## GEORGE EDWARD SEWELL AND ELIZABETH UDELL, Appellants
## V.
## PITTSBURGH CORNING CORPORATION, Appellee

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 96-04255-B**

## MEMORANDUM OPINION

Before Justices Myers, Partida-Kipness, and Garcia
Opinion by Justice Partida-Kipness

We reinstate this appeal. In 2000, we abated this case due to Pittsburgh Corning Corporation's bankruptcy. *See* TEX. R. APP. P. 8.2. The Court conducted an independent review of the federal Public Access to Court Electronic Records (PACER) system which shows the bankruptcy case associated with this appeal was terminated on April 18, 2019, effectively dissolving the automatic stay.

We notified the parties by letter, requesting they inform the Court of the status of the bankruptcy and of this appeal. We cautioned that the failure to respond would result in the appeal being dismissed for want of prosecution. *See id*. 42.3(b),(c). To date, neither party has responded.

Because we gave the parties an opportunity to show why we should not dismiss the appeal for want of prosecution and no one responded, we dismiss this appeal. *See id*. 42.3(b),(c); *Brewer v. Admiral Ins. Co.*, 2002 WL 31312990, at *1 (Tex. App.—Dallas Oct. 16, 2002, no writ) (per curiam) (not designated for publication).

/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
JUSTICE

001405F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

GEORGE EDWARD SEWELL and
ELIZABETH UDALL, Appellants

No. 05-00-01405-CV     V.

PITTSBURGH CORNING
CORPORATION, Appellee

On Appeal from the 44th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. 96-04255-B.
Opinion delivered by Justice Partida-
Kipness. Justices Myers and Garcia
participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

Judgment entered May 28, 2021